CLOSED

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE B. GOLDSTEIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>OCWEN LOAN SERVICING, LLC, a Delaware Limited Liability Company; GMAC MORTGAGE USA CORPORATION, a Delaware Corporation; MERSCORP HOLDINGS INC., a Delaware Corporation; DOES 1-25, inclusive,<br><br>Defendants. | Case No.: 2:14-cv-01016R(CWx)<br><br>[Hon. Manuel L. Real]<br><br>**JUDGMENT**<br><br><br>Complaint filed January 10, 2014 |

Pursuant to the Court's June 3, 2014 Order Granting the Motion to Dismiss by Defendants, OCWEN LOAN SERVICING, LLC and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. *erroneously sued as* MERSCORP HOLDINGS INC. ("Defendants"), **IT IS HEREBY ORDERED,**

-1-

___
**[PROPOSED] JUDGMENT**

1  **ADJUDGED, AND DECREED** that Judgment is hereby entered in favor of the
2  Defendants, as prevailing parties, and against Plaintiff LAURIE B. GOLDSTEIN
3  ("Plaintiff"). Plaintiff shall recover nothing by way of Plaintiff's operative
4  complaint against Defendants.
5     As the prevailing parties, Defendants are entitled to attorney's fees and
6  costs by application.
7     **IT IS SO ORDERED.**

Date: June 17, 2014   _____
　　　　　　　　　　　The Honorable Manuel Real
　　　　　　　　　　　U.S. District Court Judge